**Order entered October 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00707-CV

### BARBARA W. MILLS, Appellant

### V.

### GRAHAM MORTGAGE CORPORATION, Appellee

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-02060

## ORDER

The Court has before it appellee's October 4, 2013 second unopposed motion for extension of time. The Court **GRANTS** the motion and **ORDERS** appellee to file its brief by October 21, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE